UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-01337 JVS (MLGx) | Date | January 6, 2011 |
| Title | Lalitendu Pattanaik v. U.S. Bank, et al. | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution and Vacating Scheduling Conference

**On October 13, 2010, the Court granted defendants' motion to dismiss without prejudice.   Plaintiff was granted 20 days to amend the complaint.    As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than January 20, 2011,  why this action should not be dismissed for lack of prosecution.**

**The Court further ORDERS the Scheduling Conference set for Monday, January 10, 2011 at 10:30 a.m. vacated, to be reset on a later date if necessary.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |